UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO, on behalf of himself and all others similarly situated,

     Plaintiffs,

-against-

MARKET HOUSE MEATS
     Defendant.

Case No. 1:20-cv-08531-RA

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    May 3, 2021

Respectfully submitted,

The Clerk of Court is respectfully directed to close this case.
SO ORDERED.

*/s/ Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

Ronnie Abrams, U.S.D.J.
May 4, 2021